JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC SHANE SILVEIRA, | Case No. ED CV 19-0629 FMO (MAAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CORECIVIC, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 23rd day of May, 2019.

/s/
Fernando M. Olguin
United States District Judge